**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Margaret Rayner Walley, Debtor** **Case No. 21-51313-KMS**
**CHAPTER 13**

**NOTICE**

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: September 8, 2026 Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Margaret Rayner Walley, Debtor** **Case No. 21-51313-KMS**
**CHAPTER 13**

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtor commenced this case on Dewcember 15, 2021 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Debtor's priority and secured claims have been paid in full pursuant to the terms of the confirmed plan.
3. That the Trustee filed a Motion to Modify to increase the distribution to unsecured creditors.
4. That Debtor is a below-median debtor.
5. That Debtor wishes to modify the confirmed plan to shorten the term upon the completion of the distributions to secured, priority, and allowed unsecured creditors, in accordance with the confirmed plan.

WHEREFORE, Debtor prays that their Bankruptcy Plan be modified to reflect the above-mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on September 8, 2026, to:

By Electronic CM/ECF Notice:

David Rawlings

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARGARET RAYNER WALLEY

CASE NO: 21-51313

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 9/8/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/8/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MARGARET RAYNER WALLEY

CASE NO: 21-51313

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 9/8/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/8/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-51313
SOUTHERN DISTRICT OF MISSISSIPPI
TUE SEP 8 12-21-3 PST 2026

MEB LOAN TRUST VII
6200 S QUEBEC STREET SUITE 300
GREENWOOD VILLAGE CO 80111-4720

MEB LOAN TRUST VII CO NEWREZ LLC DBA SHEL
PO BOX 10826
GREENVILLE SC 29603-0826

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI
PO BOX 10826
GREENVILLE SC 29603-0826

EXCLUDE
(U)STATEBRIDGE COMPANY

EXCLUDE
US BANKRUPTCY COURT
DAN M RUSSELL JR US COURTHOUSE
2012 15TH STREET SUITE 244
GULFPORT MS 39501-2036

BSI FINANCIAL SERVICES
101 N 2ND ST
TITUSVILLE PA 16354

HATTIESBURG CLINIC PA
415 S 28TH AVE
HATTIESBURG MS 39401-7283

MEB LOAN TRUST VII CO
SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC STREET SUITE 300
GREENWOOD VILLAGE COLORADO 80111-4720

(P)MERCHANTS ADJUSTMENT SERVICE INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

NMAC
POB 660366
DALLAS TX 75266-0366

NATALIE KAREDA BROWN ESQ
FOR STATEBRIDGE COMPANY
RUBIN LUBLIN LLC
428 NORTH LAMAR BLVD SUITE 107
OXFORD MS 38655-3221

NEW RESSHELLPOINT MTG
55 BEATTIE PLACE
GREENVILLE SC 29601-2165

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICI
PO BOX 10826
GREENVILLE SOUTH CAROLINA 29603-0826

NEWREZ LLC DBA SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE SC 29603-0826

NISSAN MOTOR ACCEPTANCE CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

EXCLUDE
UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON MS 39201-5022

WILMINGTON SAVINGS FUND SOCIETY FSB
DBA CHRISTIANA TRUST AS TRUSTEE FOR PN
CO STATEBRIDGE COMPANY LLC
6061 SOUTH WILLOW DRIVE SUITE 300
GREENWOOD VILLAGE CO 80111-5151

EXCLUDE
(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

DEBTOR
MARGARET RAYNER WALLEY
768 OLD DITCH RD
RICHTON MS 39476-7416

EXCLUDE
THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767