# Proceeding Minutes / Proceeding Memo

**Case #:** 21-51313 **Case Name:** Margaret Rayner Walley

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion and Notice to Modify Chapter 13 Plan with Certificate of Service Date of Service: 8/24/2026 Filed by Trustee David Rawlings Objections due 09/23/2026. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Attachments: # 1 Proposed Order) (Dkt. #33)

Response filed by the Debtor (Dkt. #34)

---

Minute Entry Re: (related document(s): [33] Motion and 30 Day Notice to Modify Plan filed by David Rawlings) Rawlings to submit an Agreed Order. Order due by 12/01/2026. Called in by Rawlings. (mcc)